UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E*TRADE FINANCIAL CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>JULIE FALCHI,<br><br>Defendant. | Case No. 19-cv-02924-SK<br><br>**ORDER OF DISMISSAL**<br><br>Regarding Docket No. 34 |

The parties have submitted a joint stipulation for dismissal indicating that they have settled their dispute. (Dkt. 34.) Accordingly, the Court ORDERS that this matter is DISMISSED WITH PREJUDICE in its entirety, each party to bear its own fees and costs.

**IT IS SO ORDERED**.

Dated: February 20, 2020

_____
SALLIE KIM
United States Magistrate Judge